UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| La'Quedrick As-Sidiq, | Case No. 25-cv-2317 (LMP/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Clay County Jail, Medical Services, Samantha, Head (RN), *in her official capacity*, and Lexi/Alexis, Nurse, *in her individual capacity*, | |
| Defendants. | |

---

IT IS HEREBY ORDERED THAT:

1. Plaintiff La'Quedrick As-Sidiq's application to proceed *in forma pauperis* (ECF Nos. 3, 5) is **GRANTED**.

2. Mr. As-Sidiq must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If Mr. As-Sidiq does not complete and return the Marshal Service Forms on or before **August 25, 2025**, the Court will recommend that this matter be dismissed without prejudice for failure to prosecute. The Court will provide Marshal Service Forms to Mr. As-Sidiq.

3. After Mr. As-Sidiq returns the completed Marshal Service Forms, the Clerk of Court is directed to seek waiver of service from Defendant Lexi/Alexis (as sued in her individual capacity), consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If Defendant Lexi/Alexis fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon her the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of

the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

5.      After Mr. As-Sidiq returns the completed Marshal Service Forms, the U.S. Marshals Service is directed to effect service of process on Defendants Clay County Jail, Medical Services, and Samantha (as sued in her official capacity with Clay County) consistent with Rule 4(j) of the Federal Rules of Civil Procedure.

6.      Mr. As-Sidiq must pay the unpaid balance of this action's statutory filing fee in the manner prescribed by 28 U.S.C. § 1915(b)(2),[1] and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where Mr. As-Sidiq is confined.

Dated: July 25, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge

---

[1] That unpaid balance is presently $342.13.