**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LA'QUEDRICK AS-SIDIQ,

Plaintiff,

v.

CLAY COUNTY JAIL; MEDICAL SERVICES; SAMANTHA, HEAD (RN), *in her official capacity*; and LEXI/ALEXIS, NURSE, *in her individual capacity*,

Defendants.

Case No. 25-cv-2317 (LMP/DJF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Before the Court is the Report and Recommendation ("R&R"), ECF No. 56, of United States Magistrate Judge Dulce J. Foster, which recommends granting motions to dismiss filed by Clay County Jail, ECF No. 31, and Samantha Hoppe and Alexis Blommel, ECF No. 42, and dismissing Plaintiff La'Quedrick As-Sidiq's Complaint, ECF No. 1, without prejudice. No objections have been filed to the R&R in the time permitted,[1] and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

---

[1] The R&R was entered on June 26, 2026. ECF No. 56. Ordinarily, As-Sidiq's objections would have been due July 10, 2026. Fed. R. Civ. P. 72(b). But on July 16, 2026—before the Court ruled on the R&R—the Court received a change of address notice from As-Sidiq. ECF No. 57. The Court ordered the R&R to be mailed to As-Sidiq's new address on July 17, 2026. The Court has received no objections, or any other correspondence, from As-Sidiq.

Finding no clear error, and based on all of the files, records, and proceedings in this case, **IT IS ORDERED THAT**:

1. The Report and Recommendation (ECF No. 56) is **ADOPTED**;

2. Clay County Jail's Motion To Dismiss (ECF No. 31) is **GRANTED**;

3. Samantha Hoppe and Alexis Blommel's Motion To Dismiss (ECF No. 42) is **GRANTED**;

4. Medical Services is **DISMISSED** pursuant to 28 U.S.C. § 1915; and

5. La'Quedrick As-Sidiq's complaint (ECF No. 1) is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 19, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge